

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 19  AM 10: 28

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY P. CUCINELLA                           CIVIL ACTION

VERSUS                                         NUMBER: 04-2979

JO ANNE B. BARNHART,                           SECTION: "N"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**.

___ Fee____
___ Process___
_X_ Dktd___
___ CtRmDep__
___ Doc. No.__

New Orleans, Louisiana, this 18th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE